The Honorable

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN LEGACY FISHING, LLC, a Florida limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>NANJING TANKER CORPORATION, a Hong Kong entity; and CSC BRAVE, IMO 9344124, its tackle, gear, appurtenances and equipment,<br><br>                Defendants. | No.<br><br>IN ADMIRALTY<br><br>VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT |

COMES NOW plaintiff AMERICAN LEGACY FISHING, LLC ("ALF"), complaining of defendants NANJING TANKER CORPORATION ("NTC") and its vessel CSC BRAVE, and hereby alleges and avers as follows:

**Parties**

1)    At all times material, ALF was and is a corporation organized and existing under the laws of Florida, with its principal office located at 111 S Armenia Ave, Suite 201, Tampa, FL 33609-3337.

VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT - 1
Case No.

FG:53728683.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

2) At all times material, ALF was and is the owner of the fishing vessel F/V AMERICAN VICTORY, IMO 9556674.

3) At all times material, NTC was and is a corporation organized and existing under the laws of Hong Kong; and was and is the owner and operator of CSC BRAVE.

4) At all times material, CSC BRAVE was under NTC's direction and management. CSC BRAVE is, and at all times material was, an oil tanker vessel of Hong Kong registry, and is now, or during the pendency of this action is expected to be, within this district.

**Jurisdiction and Venue**

5) This is an admiralty or maritime claim within the meaning of FRCP 9(h).

6) The Court has jurisdiction pursuant to 28 U.S.C. §1333.  Venue in this Court is established by the parties' agreement and CSC BRAVE's current or expected location within this district.

**Allegations of Operative Fact**

7) On or about February 3, 2017, AMERICAN VICTORY was moored at the main wharf of the port of Pago Pago, American Samoa.  At that time and place, NTC so carelessly, negligently, and unskillfully managed and navigated CSC BRAVE that it collided with AMERICAN VICTORY causing significant damage.

8) The collision and resulting damages were not caused or contributed to by any fault or neglect on the part of ALF or those in charge AMERICAN VICTORY, but were caused or contributed to by the following faults and NTC's negligence and those in charge of CSC BRAVE as follows:

VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT - 2
Case No.

FG:53728683.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

   a. CSC BRAVE was undermanned and not in the charge of competent persons;

   b. Those in charge of CSC BRAVE were careless, negligent, and inattentive to their duties;

   c. Those in charge of the CSC BRAVE failed to keep a proper lookout;

   d. Those in charge of CSC BRAVE failed to slow, stop, and reverse engines when they saw or should have seen that there was danger of collision;

   e. Those in charge of CSC BRAVE failed to take any precautions to avoid the collision;

   f. CSC BRAVE was proceeding at an excessive rate of speed under the circumstances; and/or

   g. CSC BRAVE was unseaworthy.

9) As a result of the collision, ALF was required to make expenditures of $43,241.33 for the repair of AMERICAN VICTORY, which sum is liquidated.

10) As a further proximate result of the collision, ALF lost the use of its vessel for 15 days, all to ALF's further damage in the sum of $530,775.11, which sum is liquidated.

11) As a direct and proximate result of NTC's negligence, ALF suffered total damages of $574,016.44, no part of which sum has been paid, although payment has been duly demanded.

VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT - 3
Case No.

FG:53728683.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

## First Cause of Action
### (MARITIME TORT)

12) ALF repeats and realleges the allegations contained in paragraphs 1 through 11 as if fully stated herein.

13) At all times material, NTC and CSC BRAVE had duties to ALF to undertake safe and appropriate vessel operation.

14) NTC and CSC BRAVE breached their duties to ALF by negligently failing to undertake safe and appropriate vessel operation.

15) NTC's and CSC BRAVE's negligent failure to undertake safe and appropriate vessel operation proximately caused ALF to incur damages by way of vessel repair and lost vessel use.

16) NTC and CSC BRAVE are liable to ALF for ALF's damages as described hereinabove.

## Second Cause of Action
### (VESSEL ARREST)

17) ALF repeats and realleges the allegations contained in paragraphs 1 through 16 as if fully stated herein.

18) NTC's and CSC BRAVE's maritime tort as described hereinabove gives rise to a maritime lien on CSC BRAVE.

19) ALF holds a maritime lien on CSC BRAVE and hereby seeks to enforce the same in accordance with 46 U.S.C. §31342.

20) ALF is entitled to an order of arrest of CSC BRAVE to enforce its maritime lien against said vessel.

VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT - 4
Case No.

FG:53728683.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

WHEREFORE, ALF prays for relief as follows:

1) That process *in rem* issue against CSC BRAVE, and that the vessel be arrested when it is confirmed such vessel is within the district, and that all persons claiming any interest in the vessel be required to appear and answer this complaint;

2) That process issue in due form of law according to the practice of this Court in cases of admiralty jurisdiction against CSC BRAVE, and that any person claiming any right, title, or interest to the vessel be cited to appear and answer all and singular the matters stated above;

3) That CSC BRAVE be condemned and sold to satisfy ALF's damages as alleged hereinabove, with prejudgment and post-judgment interest as provided by law;

4) That ALF be awarded damages in the amount of $574,016.44 plus prejudgment and post-judgment interest as allowed by law;

5) That ALF be awarded its costs and reasonable attorneys' fees incurred by this action; and

6) Such other and further relief as the Court deems just and proper.

VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT - 5
Case No.

FG:53728683.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

1   DATED this 24th day of April, 2020.

2

3
*s/ Steven W. Block*
4
Steven W. Block, WSBA No. 24299
FOSTER GARVEY PC
5
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
6
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
7
Email: steve.block@foster.com
*Attorney for Plaintiff*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT - 6
Case No.

FG:53728683.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

# VERIFICATION

I, _Irene Chen_, am the _Managing Member, Tradition Mariner_ of plaintiff American Legacy Fishing, LLC; am familiar with the facts and circumstances of this complaint; have reviewed this complaint; and certify that all allegations contained herein are true and correct to the best of my knowledge.

X _Irene Chen, Managing Member of Tradition Mariner LLC, sole Managing Member of American Legacy Fishing LLC_

STATE OF _FLORIDA_ } ss.
COUNTY OF _HILLSBOROUGH_

On this _24th_ day of _April_, 2020, before me, the undersigned, a Notary Public in and for _State of Florida_, duly commissioned and sworn, personally appeared _Irene Chen_, to me known to be the individual described in and who executed the foregoing instrument on behalf of American Legacy Fishing, LLC, and acknowledged that he/she signed the same as his free and voluntary act and deed for the uses and purposes herein mentioned.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal the day and year first above written.

(Signature of Notary)

(Legibly Print or Stamp Name of Notary)

KELLEY CATO JUNEAU
Notary Public – State of Florida
Commission # FF 979657
My Comm. Expires May 21, 2020

Notary public in and for the State of _Florida_, residing at _____
My appointment expires _May 21, 2020_

VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM* FOR MARITIME TORT - 7
Case No.

FG:53728683.1

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700